MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
RANDALL S. LUSKEY (CABN 240915)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   email: kathryn.haun@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 12-000792 YGR |
| ) | |
| v. ) | JOINT STIPULATION REGARDING |
| ) | STATUS CONFERENCE AND ORDER |
| Alberto Larez, ) | |
| Jaime Cervantes ) | |
| Karl Gray ) | |
| Richie Michelson ) | |
| Rudy Martinez ) | |
|    Defendants. | |

The United States, through its counsel of record ("the Government"), and the defendants set to appear on August 21, 2013 for status (to wit: Alberto Larez, Karl Gray, Richie Michelson and Jaime Cervantes)[1] by and through their respective counsel of record, hereby agree and stipulate that the status hearing currently set before this Court on August 21, 2013 be vacated and continued until a date in September 2013 for the reasons stated below.  The Court has in the

---

[1] Defendant Rudy Martinez, represented by Ken Wine, is specially set to appear on September 12, 2013 at 2 pm and thus the government, with the consent of defense counsel Ken Wine, requests that Mr. Martinez's appearance on August 21, 2013 be vacated.

JOINT STIPULATION STATUS HEARING [CR 12-000792 YGR]

past specially set this matter, and if the Court is available, the parties would request a special setting on September 11, 2013.

The reason for this request is that government counsel and defense counsel Jeffrey Glenn are now unavailable for the scheduled August 21, 2013 appearance the parties set months ago. This was unforseen at the time the August 21, 2013 date was set.  The government could have another AUSA cover the appearance, but counsel believe that it is preferable to have AUSAs Haun and/or Luskey attend the status given that they plan to be able to inform the Court and the parties more fully about possible new charges and new case developments by September 2013. Therefore, in an attempt to have the most productive status possible, and given defense counsel Glen's unavailability, the parties all request the hearing be specially set to a date in September. All parties are available September 11, 2013 if the Court is available that date.

SO STIPULATED.

DATED: August 12, 2013                         _____/s/_____
                                               KATHRYN R. HAUN
                                               RANDALL S. LUSKEY
                                               Assistant United States Attorneys

DATED: August 12, 2013                         _____/s/_____
                                               BRIAN GETZ
                                               Attorney for ALBERTO LAREZ

DATED: August 12, 2013                         _____/s/_____
                                               JEFFREY GLENN
                                               Attorney for RICHIE MICHELSON

DATED: August 12, 2013                         _____/s/_____
                                               WILLIAM OSTERHOUDT
                                               Attorney for KARL GRAY

DATED: August 12, 2013                         _____/s/_____
                                               RANDY SUE POLLOCK
                                               Attorney for JAIME CERVANTES

**ORDER**

For good cause shown including the reasons stated in the parties' stipulation with respect to the status hearing, it is hereby ORDERED that the status hearing set for August 21, 2013 is vacated for the defendants referenced in the stipulation and is reset for Wednesday, September 11, 2013 at  9:30 a.m.

JOINT STIPULATION STATUS HEARING [CR 12-000792 YGR]

Further, given that defendant Rudy Martinez is specially set for September 12, 2013 at 2:00 p.m., defendant Rudy Martinez's appearance on August 21, 2013 is VACATED.

IT IS SO ORDERED.

DATED: August 13, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

JOINT STIPULATION STATUS HEARING [CR 12-000792 YGR]