IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO LAREZ,<br><br>    Defendant. | No. CR 12-00792 YGR<br><br>**ORDER APPOINTING COUNSEL** |

Good cause appearing, and pursuant to 18 U.S.C. § 3005, this Court hereby appoints Brian Getz as lead capital counsel to represent Alberto Larez, a defendant in the above-entitled case. The Court further appoints Mark Goldrosen as learned counsel for Mr. Larez.

The appointment shall be effective *nunc pro tunc* as of January 22, 2014, the date that Mr. Larez was arraigned on the superseding indictment alleging capital charges, for any work relating to the matter undertaken by Mr. Getz and Mr. Goldrosen.

//

//

//

//

//

//

//

*Larez, Alberto*; CR 12-00792 YGR
ORD. APPOINTING COUNSEL                    1

If the Attorney General of the United States decides not to authorize the death penalty for the defendant, the Court may revisit the need for learned counsel and the amount of the hourly rate paid to counsel.

IT IS SO ORDERED.

  __January 29, 2014__  
  DATED

YVONNE GONZALEZ ROGERS  
United States District Court Judge