**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**HENRY CERVANTES,** *et al.***,**<br><br>    **Defendants.** | **Case No.: 12-CR-0792 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO SEVER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court is in receipt of the Motion to Sever Defendant by Karl Gray (Dkt. 409), the Joinder of Jaime Cervantes (Dkt. 410), all related documents and the Notice of Unavailability of Counsel for Henry Cervantes at the June 4, 2014 Hearing (Dkt. 416). The Court understands that the trial in which counsel for Henry Cervantes are currently engaged will be completed in June 2014.

Accordingly, to allow for all counsel to be present and provide a more substantive update on the status of the proceedings, the status conference and hearing on the Motions to Sever, if deemed necessary, are hereby continued to **Monday, July 28, 2014 at 11:00 a.m.** Any party who has a position on the pending motions that has not yet been articulated shall file the same no later than June 6, 2014.

**IT IS SO ORDERED**.

Date: **May 28, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**