**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　Plaintiff,<br><br>　　v.<br><br>HENRY CERVANTES, *et al.*,<br><br>　　　Defendants. | Case No.: 12-CR-0792 YGR<br><br>**ORDER ON MOTIONS FOR (I) TRANSFER AND (II) SEVERANCE FOLLOWING CASE MANAGEMENT CONFERENCE** |

On August 4, 2014, the Court held a regularly scheduled case management conference. Randall Luskey appeared on behalf of the United States. John T. Philipsborn appeared on behalf of Henry Cervantes, Brian Getz and Mark Goldrosen appeared on behalf of Alberto Larez, William Osterhoudt appeared on behalf of Karl Gray, and Randy Sue Pollack appeared on behalf of Jaime Cervantes. All defendants listed were present.

In conjunction with that conference, defendant Alberto Larez filed a Motion for Access to Litigation Technology in Jail and Renewed Request for Transfer (Dkt. 445). The government filed a Statement Of Non-Opposition To Defendants Request For Transfer. The court notes that as part of this briefing, the government raised additional concerns regarding security breaches by defendant Larez who denies the allegations. As the court stated during the case management conference, the court need not resolve these issues given the non-opposition to the defendant's request for a transfer. Accordingly, the request is granted. The motion for access to litigation technology in jail is denied as moot.

In addition, defendant Jaime Cervantes filed a Motion to Sever (Dkt. 420.) Again, the government filed a timely response and opposition. Having carefully considered the briefing and argument submitted in that matter, and for the reasons set forth on the record, the motion is denied

without prejudice to refiling after a decision on whether the death penalty will be authorized for the two other defendants.

The court will address by way of separate order the Motion to Sever filed by Karl Gray (Dkt. 409) and defendants' requests to modify the trial schedule.

This Order terminates Dkts. No. 420 and 445.

**IT IS SO ORDERED**.

Date: August 4, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**