**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>    Plaintiff,<br>    v.<br>**HENRY CERVANTES**, *et al.*,<br>    Defendants. | Case No.: 12-CR-0792 YGR<br><br>**ORDER RE GRANTING IN PART AND DENYING IN PART THE MOTION FOR CONTINUANCE OF TRIAL DATE** |

On December 15, 2014, the government moved for a continuance of the trial date on the grounds that (i) additional time was required to file a Notice of Intent to Seek or Not to Seek the Death Penalty ("Notice") in light of the Attorney General's impending resignation and departure and (ii) two additional government attorneys were added to the case to replace one that has since left the United States Attorney's Office. (Dkt. No. 513.) Under the current schedule, the Notice is due on February 15, 2015 and trial is scheduled to begin with jury selection on September 8, 2015. On this basis, the government requests an additional two months to file the Notice (April 15, 2015) but an additional six months of the trial date (March 28, 2016). (Dkt. No. 461.)

Defendants Henry Cervantes and Alberto Larez stipulate to the request. Defendant Jaime Cervantes joins the stipulation. (Dkt. No. 516.) Defendant Karl Gray opposes. (Dkt. No. 519.)

In light of the parties' submissions, the arguments made therein, and good cause appearing, the Court **GRANTS** the request to file the Notice on April 15, 2015 but **DENIES** the request to move the trial by an additional six months. Instead, the trial date shall be continued approximately three months to Wednesday, January 6, 2016 with jury selection to begin on said date. A pretrial conference shall occur on December 4, 2015 at 9:00 a.m. The parties shall meet and confer on all other pre-trial dates and provide the Court with a proposed form of order by January 12, 2015.

This terminates Docket No. 513.

**IT IS SO ORDERED**.

Date: January 5, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**