**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff,<br>v.<br>**HENRY CERVANTES**, *et al.*,<br>    Defendants. | Case No.: 12-CR-0792 YGR<br><br>**ORDER WITHDRAWING APPOINTMENT OF LEARNED COUNSEL FOR ALBERTO LAREZ** |

On January 5, 2015, the government filed a Notice of Intent Not to Seek the Death Penalty as against defendant Alberto Larez. (Dkt. No. 521.) Accordingly, the Court withdraws the appointment of Learned Counsel Mark Goldrosen as such appointment is no longer warranted under 18 U.S.C. Section 3005. To allow for the orderly transition of any attorney work product, this Order shall take become effective on Monday, January 12, 2015. However, no additional work on mitigation shall be conducted.

**IT IS SO ORDERED**.

Date: January 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**