UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **HENRY CERVANTES, ET AL.**, <br> Defendants. | Case No. 12-cr-00792-YGR <br><br> **PRE-TRIAL ORDER NO. 1 RE: (1) SCHEDULING AND (2) DNA EXPERT** |

## I. SCHEDULING

On August 26, 2015, the Court held a scheduling conference. Joseph M. Alioto Jr. and Jennifer R. Sykes appeared on behalf of the government. John T. Philipsborn appeared on behalf of defendant Henry Cervantes, Brian H. Getz appeared on behalf of Alberto Larez, and Randy Sue Pollock appeared on behalf of Jaime Cervantes. Defendants' appearances were waived.

After consultation with the parties, the following pre-trial conferences are hereby **SET** to maintain communication between the parties and the Court as the trial date nears. All hearings shall be conducted in Courtroom 1 of the United States Courthouse, 1301 Clay Street, Oakland, California. Unless otherwise advised, the U.S. Marshals shall ensure the appearance of each defendant on the following dates:

- **September 16, 2015 at 2:00 p.m.**[1]
- **October 21, 2015 at 9:00 a.m.**
- **November 13, 2015 at 9:30 a.m.**
- **December 4, 2015 at 2:00 p.m.**

In addition, the Court hereby modifies the trial schedule to commence jury selection on

---

[1] The motions previously set for hearing on August 26, 2015 are **CONTINUED** to this time.

**January 11, 2016**. The Court will meet with the parties for a status conference on **January 6, 2016** at **9:30 a.m.** The parties shall file an updated stipulation with respect to the Speedy Trial Act as it concerns those additional five days. The Court confirms that, during trial, it will be dark on Fridays.

## II.  REQUEST FOR SUPPLEMENTAL DECLARATION

Defendants[2] have moved for adequate disclosures regarding, and to limit the testimony of, government forensic serologist Virginia Sadl from the Serological Research Institute ("SERI"). In part, the motion complained of insufficient disclosures surrounding Sadl's methodology for statistical comparison of the likelihood of a DNA contribution from a target individual versus a "randomly selected, unrelated person."

In opposing the motion, the government submitted a declaration from Sadl, describing the procedures she employed to determine how much more or less likely a given match was in comparison to a match to DNA from "a randomly selected, unrelated person." (Dkt. No. 691 at 3; Dkt. No. 691-1 at ¶¶ 2-4.) Sadl explained that she accomplished this comparison using the "product rule" technique. (Dkt. No. 691-1 at ¶ 2.) She used a SERI database to compare the samples in question to the frequency of various alleles in the U.S. population. (*Id*. at ¶ 3.)

In their reply, defendants argued the declaration failed to include sufficient detail to address all of their concerns. (Dkt. No. 698.) Therefore, the Court requests a supplemental declaration from Sadl, to be filed by **September 4, 2015**, addressing in greater specificity the remaining issues addressed in the defendants' reply.

IT IS SO ORDERED.

Dated: August 27, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

---

[2] Henry Cervantes filed the motion (Dkt. No. 669), joined by Larez (Dkt. No. 671) and Jaime Cervantes (Dkt. No. 672).

2