UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **HENRY CERVANTES ET AL.**, <br> Defendants. | No.: 12-CR-0792 YGR <br><br> **PRETRIAL ORDER NO. 6 REGARDING PRE- TRIAL SCHEDULE** |

On September 17, 2015, the grand jury returned a Third Superseding Indictment adding one additional defendant, Andrew Cervantes, and one additional count. (*See* Dkt. No. 724.) On October 28, 2015, the Court issued a written order denying A. Cervantes' motion to sever (Dkt. No. 732) and granting, in part, his motion to continue the trial date of January 11, 2016 (Dkt. No. 773), therein continuing the same until June 15, 2016. (Dkt. No. 781) In light of an unknown conflict, the Court then moved the trial date to May 2, 2016. (Dkt. No. 796.) Accordingly, the **COURT HEREBY ORDERS AND SETS** the following pretrial conferences and trial related deadlines:

**A. Pretrial Conferences**

1. Friday, November 13, 2015 at 9:30 a.m. (previously scheduled)
2. Friday, December 4, 2015 at 2:00 p.m. (previously scheduled)
3. Friday, January 15, 2016 at 9:30 a.m. (previously scheduled)
4. Friday, February 12, 2016 at 1:30 p.m. (previously scheduled)
5. Friday, March 18, 2016 at 9:30 a.m. (previously scheduled)
6. Friday, April 8, 2016 at 9:30 a.m. (previously scheduled)
7. Wednesday, April 20, 2016 at 9:30 a.m.

On the Tuesday preceding each pretrial conference, the parties shall submit a joint statement outlining the issues to be addressed in addition to those set forth herein. However, with respect to the January 2016 pretrial conference, this Order specifies a particular filing which supersedes this requirement.

### B. Amendments to Trial Filings

#### 1. Exhibits and Exhibit List

i. By **no later than January 29, 2016**, the government shall file a "Revised Exhibit List No. 1" which fully complies with this Court's prior order dated August 5, 2014. (Dkt. No. 461) Therein, the parties were advised to review their exhibits critically and determine whether sub-designations were appropriate. (*Id*. ¶ 5) A cursory review of the government's current Exhibit List reveals that the government has failed to do so. Reference is made, for example, to Exhibits 8, 16, 24, 27–36, and 39–40, to name a few at the beginning of the list, and to Exhibit 565 towards the end of the list. The Exhibit List provided is not sufficiently specific and shall be amended to trial-ready form. Sub-designations by reference to Bates numbers are acceptable, but are not the only manner in which the government can comply with this order.

ii. **By no later than January 12, 2016,** the parties shall begin to meet and confer regarding stipulations on the admissibility of documents, especially with respect to those for whom a Custodian of Records would have to be called. The parties shall continue to meet and confer after the filing of the Revised Exhibit List No. 1. **By February 19, 2016,** the government shall file a "Revised Exhibit List No. 2" with the stipulations. Any future stipulations to Exhibits shall result in the filing of an updated exhibit list, including the next consecutive numerical designation, e.g. "No. 3."

2

      iii. As previously ordered on the record, the parties shall meet and confer to determine whether electronic or physical presentation of documentary evidence will be used at the trial, as well as to coordinate efforts to use a document management system.

2. **Witness List**

   i. By **no later than November 30, 2015**, the government shall file a Revised Witness List No. 1, in chart format, which shall identify in a summary fashion the "general event" on which each of the 344 witnesses (excepting all Protected Witnesses) will testify and the counts in the Third Superseding Indictment to which the testimony will apply.

   ii. In light of the order to begin meeting and conferring on exhibits, **by February 19, 2016,** the government shall file a "Revised Witness List No. 2" with any stipulations regarding those witnesses who will not need to be called, such as Custodians of Records. Any future stipulations regarding witnesses shall result in the filing of an updated witness list, including the next consecutive numerical designation, e.g. "No. 3."

3. As previously ordered, the parties shall comply with Local Rule 17.1-1(b) and the Court's Standing Order in Criminal Cases. By **January 8, 2016,** the parties shall file a joint comprehensive pretrial conference statement addressing all fifteen (15) issues identified therein, including synopses of previously resolved and/or addressed issues. Remaining issues will be discussed at the January pretrial conference.

4. **Jury Issues**
   i. In order to assist the jury in their duty to compartmentalize the evidence, the government shall file by **January 29, 2016**:
      a. a proposed chart to be provided to the jury which identifies (a) each count in the Third Superseding Indictment, (b) the defendant(s) to whom it applies, and (c) a simple identification of the charge and events at issue; and
      b. a proposed chart to be provided to the jury which identifies (a) each witness anticipated to testify and (b) the counts in the Third Superseding Indictment to which the testimony applies.
      c. The Court will review these proposed charts with the parties at the **February 12, 2016 pretrial conference**. They shall bear "Draft" watermarks.
   ii. The government is advised that it will be required to provide photographs of all witnesses taken on the date of their testimony to assist the jury with its deliberations. Sufficient copies shall be provided for the Court and the jury by the subsequent trial day.
   iii. The Court will discuss the jury questionnaire to be used during *voir dire* during the February 12, 2016 pretrial conference. The Court has reviewed the proposed forms submitted thus far and intends to use the government's submission as the baseline, amending it as appropriate. The government shall send a Word version of the questionnaire forthwith. Any additional submissions may be filed in advance of February 12, 2016, or comments may be made at that pretrial conference.
   iv. **By March 18, 2016**, the government shall deliver a draft/Word version of proposed jury instructions to the defense complete with legal

references and/or model numbers. The parties shall meet and confer and prepare a joint table summarizing those instructions for which there are agreements, objections, or alternatives. To the extent the defense proposes alternative instructions, those proposals shall be included in a joint submission to the Court with each side's proposal shown in a different color font. Black shall represent agreement. The parties shall file the JOINT set of instructions by **May 30, 2016.**

    **v.** By **March 11, 2016**, the parties shall submit a JOINT statement of the case to be read to the jury during jury selection.

C. **Rule 12(b) Motions by A. Cervantes**

    **1.** Motions brought pursuant to Rule 12(b)(3)(A) or (B) shall be filed no later than December 21, 2015. Oppositions shall be filed no later than January 11, 2016. Replies shall be filed no later than January 25, 2016. A surreply, if necessary, shall be filed by February 1, 2016. Hearing shall occur on February 12, 2016.

    **2.** Motions brought pursuant to Rule 12(b)(3)(C) shall be filed no later than February 8, 2016. Oppositions shall be filed no later than February 22, 2016. Replies shall be filed no later than February 29, 2016. A surreply, if necessary, shall be filed by March 7, 2016. Hearing shall occur on March 18, 2016.

D. **Remaining Motions *in Limine* and *Daubert* Motions by A. Cervantes and Disclosures**

    **1. By March 21, 2016,** defendant A. Cervantes shall serve (i) any additional motions *in limine*, (ii) additional *Daubert* motions, and (iii) to the extent desired, notices of joinder of prior motions previously filed and litigated. However, with respect to this third category, the Court's prior orders are hereby presumptively deemed to apply to A. Cervantes with or without a specific notice.

2. **By March 28, 2016**, the government shall serve any oppositions thereto. The parties shall then meet and confer to resolve the motions.

3. **By April 4, 2016**, the parties shall file a Joint Notice regarding the status of the outstanding motions and any agreements reached thereon.

4. To the extent not resolved, the Court will address the motions at the April 8, 2016 pretrial conference. The Court will also entertain any motions fully briefed at an earlier conference, if ripe.

5. Rules 12, 16, and 17:  By **March 4, 2016**, all Rule 16 defense reciprocal disclosures, including any additional expert reports and summaries, must be produced to the government and all remaining Rule 12.1, 12.2, and 12.3 defense notices, if any, must be given.

**E. Trial Calendar**

Parties are advised that the Court will not be in session during the weeks of July 11th (Monday and Tuesday), August 1st, August 8th, and September 19th of 2016.

**IT IS SO ORDERED**.

Date: November 17, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**