IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 12-792 YGR |
| Plaintiff, | **PRETRIAL ORDER NO. 9 REGARDING DISCLOSURE** |
| v. | **OF JURY COMPOSITION RECORDS RELATED TO** |
| **HENRY CERVANTES, ET AL.,** | **PETIT JURY SELECTION** |
| Defendants. | |

Defendant Henry Cervantes (H. Cervantes) moves for an Order that the Clerk of the Court provide to the parties (1) "AO-12 reports," and "any other files, records, and reports, describing any analysis, sampling, statistical calculations, or statistics-based estimates of the representativeness of the jury wheel from which any petit jury selected in this case will be chosen;" and (2) "sufficient records, including raw records if necessary, under a protective order," to permit an expert to "review the actual prospective juror lists to verify that any statistical analysis undertaken by the Court and displayed in any AO-12 report is in fact an accurate reflection of the composition of the Court's jury wheel . . . ." (Docket No. 883 at 2.)  Having considered the motion, and good cause appearing, the Court **GRANTS** the motion as discussed below.

Prospective members of the petit jury for this case will be selected from jury wheels for the Court's San Francisco-Oakland jury division. *See* General Order No. 6. On previous occasions, this Court ordered the Clerk of the Federal District Court, Northern District of California, to provide the parties with Court records pertinent to the composition of the indicting Grand Jury in this case. (*See* Docket Nos. 517 & 788.) "The clerk shall maintain a master jury wheel for each of the jury divisions within the district. The names of all persons randomly selected from the supplemented voter registration lists of the counties in a jury division shall be placed in the master jury wheel for that jury division." General Order No. 6, Art. VI. "From time to time, the clerk shall draw at random from the master jury wheel of each jury division the names of as many persons as may be required for jury service in each jury division. The clerk shall mail to every

person whose name is drawn from the master wheel a juror summons and qualification form accompanied by instructions to fill out and submit the form, duly signed and sworn, to the clerk by mail or via the court's website within ten days." *Id.* Art. VII.  "The clerk shall maintain separate qualified jury wheels for each jury division in the district containing not fewer than 300 names and shall place in such wheels the names of all persons drawn from the master jury wheel who are determined to be qualified as jurors and not exempt or excused pursuant to this plan or the Jury Act." *Id.* Art. XI.[1]  "The clerk shall draw at random from the qualified jury wheels for use on such petit jury panels in such numbers and at such times as may be ordered by a judge of this court." *Id.* Art. XIV.  The Court understands that the Clerk of the Court prepares AO-12 reports regarding jury wheels on an ongoing basis as the Clerk sends summonses, receives responses, and reviews prospective jurors' qualification forms.

H. Cervantes is entitled to the same types of materials that the Court previously ordered transmitted to him, now in relation to the process of petit jury selection.  *See Test v. United States*, 420 U.S. 28, 30 (1975); 28 U.S.C. § 1867(f); Docket No. 518 ("This Court finds that the defense is entitled to no further materials than those ordered by Judge William Orrick in *United States v. Williams*, CR-13-764-WHO, in his Order of November 14, 2014 . . . .").  Accordingly, **IT IS ORDERED** that the Clerk of the Federal District Court, Northern District of California, shall, within two weeks of this Order, transmit to the parties in this case copies of any of the Court's records pertinent to the selection of the petit jury in this case.

---

[1] "The contents of records or papers used by the clerk in connection with the jury selection process shall not be disclosed, except in the manner provided in 28 U.S.C. § 1867." *Id.*

2

**IT IS FURTHER ORDERED** that the parties in this case shall not use any documents released or provided to them by the Clerk of this Court pursuant to this Order for any purpose other than to prepare and, if necessary, litigate a jury composition challenge in this case.

This terminates Docket No. 883.

**IT IS SO ORDERED**.

Dated: February 9, 2016

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**