**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br>     Plaintiff, <br> v. <br> **HENRY CERVANTES**, *et al.*, <br>     Defendants. | Case No.: 12-CR-0792 YGR <br><br> **PRETRIAL ORDER NO. 10 REGARDING SCHEDULING OF VOIR DIRE AND OTHER MOTIONS** |

On February 12, 2016, the Court held a regularly scheduled pretrial conference. Joseph M. Alioto, Jr. and Robert S. Tully appeared on behalf of the United States. John T. Philipsborn appeared on behalf of Henry Cervantes, Brian H. Getz appeared on behalf of Alberto Larez, Randy Sue Pollock appeared on behalf of Jaime Cervantes, and K. Alexandra McClure appeared on behalf of Andrew F. Cervantes. All defendants listed were present.

For **GOOD CAUSE** showing, the Court makes the following additional **ORDERS** in preparation for trial so that counsel can plan accordingly:

1. **SCHEDULING**
    a. Parties are advised that the Court's revised schedule regarding dark days is as follows:
        i. Tuesday, May 31, 2016;
        ii. Monday and Tuesday, July 11–12, 2016; and
        iii. Monday through Thursday, August 1–4.
    b. Counsel and parties are reminded that the trial will not proceed on Fridays. However, in light of the inability of the prosecution to finalize its exhibit list and the organic nature of any trial, the Court does anticipate that Fridays will be used to resolve disputes so that the trial can proceed without delay.

Similarly, the Court will use time after standing calendars or trial days to resolve disputes. Those additional proceedings will not be necessary if the parties resolve their own disputes. Notwithstanding the foregoing, the Court will not be in session on the following Fridays: May 27th, July 1st, July 29th, or August 5th.

2. **JURY SELECTION**

To allow for the trial to proceed as planned on May 2, 2016 with opening statements and instructions, the process of jury selection shall begin on Monday, April 18, 2016. Accordingly, by the end of February 2016, the jury administrator shall send a summons and time screening questionnaire ("TSQ") to prospective jurors with the goal of screening a range of 100 to 200 jurors. The return date for the TSQ shall be **MARCH 25, 2016**.

The summons shall require the appearance of the venirepersons on **MONDAY, APRIL 18, 2016**, at which time they shall be admonished by the Court and shall complete a substantive questionnaire. The Court will finalize a questionnaire with the parties at a later date. *Voir dire* in Courtroom One shall commence on the following **MONDAY, APRIL 25, 2016** at 9:30 a.m. More details will be set forth in a subsequent order.

3. **MOTIONS**

    a. With respect to the Motion to Strike Surplusage from the Indictment (Dkt. No. 819), for the reasons stated on the record and consistent with this Court's prior order on a similar motion (Dkt. No. 180), the motion of Andrew Cervantes is **DENIED.**

    b. With respect to the Motion for Leave to File a Motion for Reconsideration (Dkt. No. 927), for the reasons stated on the record, the government's motion is **DENIED.**

4. Additional filing deadlines discussed and ordered on the record are set forth in Clerk's minutes.

This Order terminates Docket Nos. 819 and 927.

**IT IS SO ORDERED**.

Date: February 17, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**