BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JOSEPH M. ALIOTO JR. (CABN 215544)
Assistant United States Attorneys

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680; (415) 436-6959
    Fax: (510) 637-3724
    Joseph.Alioto@usdoj.gov; William.Frentzen@usdoj.gov

ROBERT S. TULLY (DCBN 467446)
Trial Attorneys, Organized Crime and Gang Section

    1301 New York Avenue NW
    Washington, D.C. 20005
    Telephone: (202) 616-8389
    Fax: (202) 514-3601
    Robert.Tully@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY CERVANTES, et. al.,<br><br>    Defendants. | Case No. 12-CR-00792 YGR (NC)<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER REGARDING PROTECTED<br>MATERIALS PRODUCED ON OR<br>AFTER MARCH 28, 2016 |

    The United States, through its counsel of record ("the Government"), and defendants Henry

Cervantes, Alberto Larez, Jaime Cervantes, and Andrew Cervantes, by and through their counsel of

record, hereby agree and stipulate that the Government has and will continue to provide discovery on the

1   following conditions set forth below pursuant to its disclosure obligations.  The reason for this

2   stipulation is that some of the discovery in this case contains sensitive information, including names of

3   cooperating witnesses and percipient witnesses whose safety may be at risk should their identities be

4   disclosed.  The Government is producing material currently in its possession pursuant to this Protective

5   Order, including <u>Jencks</u> material, <u>Giglio</u> material, and other sensitive documents, hereinafter "Protected

6   Material."  Possession of the Protected Material is limited to the attorney of record, and investigators,

7   paralegals, law clerks, translators, interpreters, experts and assistants for the attorneys of record

8   (hereinafter collectively referred to as "members of the defense team").

9           The members of the defense team acknowledge that providing copies of the Protected Material to

10   other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to

11   other persons.  The members of the defense team further acknowledge that they are prohibited from

12   using the Protected Material for any purpose other than defending the defendants in the above-captioned

13   matter.  The defense team may not disseminate or show the Protected Materials to the defendants, but

14   they are not barred from discussing the matters described in the Protected Materials with the defendants

15   to the extent necessary to prepare a defense.  Any violation of these prohibitions constitutes a violation

16   of the Protective Order.  Further, the attorneys of record agree that prior to disseminating any copies of

17   the Protected Material to members of the defense team, they will provide a copy of this Protective Order

18   to members of the defense team.

19           Members of the defense team further acknowledge that should the case against their client

20   resolve in advance of trial, that members of the defense team agree to return copies of the Protected

21   Material to the government, or otherwise destroy all copies of the Protected Material which remain in

22   their possession.

23           Each individual member of the defense team shall sign a copy of this Protective Order to

24   acknowledge their understanding of it and counsel for whom the individual works shall provide a copy

25   of the signed Protective Order to the Government.

26   / /

27   / /

28

PROTECTIVE ORDER
CASE NO. 12-CR-00792 YGR                    2

1  IT IS SO STIPULATED.

2  April 6, 2016

3                                            /s/
                                    Joseph M. Alioto, Jr.
4                                   Assistant United States Attorney

5  April 6, 2016

6                                            /s/
                                    John T. Philipsborn
7                                   Counsel for Henry Cervantes

8  April 6, 2016
                                             /s/
9                                   Brian Getz
                                    Counsel for Alberto Larez

10

11 April 6, 2016
                                             /s/
12                                  Randy Sue Pollock
                                    Counsel for Jaime Cervantes

13

14 April 6, 2016
                                             /s/
15                                  Alexandra McClure
                                    Counsel for Andrew Cervantes

16

17                          ~~PROPOSE~~D ORDER

18        The Court finds appropriate the parties' stipulation with respect to the provision of the Protected

19 Material in this case.  Accordingly, it is hereby ORDERED that discovery will be produced and handled

20 in accordance with the terms outlined in the "Stipulation Regarding Provision of Protected Materials."

21 **IT IS SO ORDERED.**

22

23 Dated:  ~~April 7, 2016~~

24                                  HON. YVONNE GONZALEZ ROGERS
                                    United States District Judge

25

26

27

28

PROTECTIVE ORDER
CASE NO. 12-CR-00792 YGR                    3