# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>    v.<br>HENRY CERVANTES, *et al.*,<br>    Defendants. | Case No.: 12-CR-0792 YGR<br><br>ORDER OF REFERRAL |

On April 8, 2016, Magistrate Judge Cousins, upon review of in camera filings by the United States at Docket Numbers 1030 and 1050, found himself disqualified from further proceedings in this case, and requested that the Court reassign the discovery referral in this case. The Court hereby **REFERS** all pending and future discovery disputes, and associated management issues, to Magistrate Judge Westmore.

The parties will be advised of the date, time, and place of any appearance by notice from Magistrate Judge Westmore.

**IT IS SO ORDERED**.

Date: April 13, 2016

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

cc: Magistrate Judge Kandis Westmore