**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff,**<br>    **v.**<br>**HENRY CERVANTES,** *et al.***,**<br>    **Defendants.** | **Case No.: 12-CR-0792 YGR**<br>**ORDER REGARDING DISCLOSURE OF UPDATED JURY COMPOSITION RECORDS RELATED TO PETIT JURY SELECTION**<br><br>Re: Dkt. No. 1033 |

Defendant Henry Cervantes ("H. Cervantes") moves for an order that the Clerk of the Court provide to the parties an "updated AO-12 report . . . with updated jury composition records in view of the Court's granting of [H.] Cervantes's January 8, 2016 motion . . . for updated documents pertinent to the composition and representativeness of the Court's jury wheel and jury lists for the upcoming petit jury selection." (Docket No. 1033 at 1.)[1] Having considered the motion, and good cause appearing, the Court **GRANTS** the motion, as discussed below.

On previous occasions, this Court ordered the Clerk of the Federal District Court for the Northern District of California to provide the parties with Court records and information pertinent to the composition of the indicting Grand Jury in this case, (*see* Docket Nos. 517 & 788), and the process of petit jury selection (*see* Docket No. 929).

H. Cervantes is entitled to the same types of materials that the Court previously ordered transmitted to him, now updated in relation to the process of petit jury selection. *See Test v. United States*, 420 U.S. 28, 30 (1975); 28 U.S.C. § 1867(f); Docket No. 518 ("This Court finds that the defense is entitled to no further materials than those ordered by Judge William Orrick in *United*

---

[1] Andrew Cervantes (Docket No. 1034), Jaime Cervantes (Docket No. 1035), and Alberto Larez (Docket No. 1041) join this motion.

*States v. Williams*, CR-13-764-WHO, in his Order of November 14, 2014 . . . ."). Accordingly, **IT IS ORDERED** that the Clerk of the Federal District Court for the Northern District of California shall forthwith transmit to the parties in this case updated copies of any of the Court's records pertinent to the selection of the petit jury in this case.

**IT IS FURTHER ORDERED** that the parties in this case shall not use any documents released or provided to them by the Clerk of this Court pursuant to this order for any purpose other than to prepare and, if necessary, litigate a jury composition challenge in this case.

This terminates Docket No. 1033.

**IT IS SO ORDERED**.

Date: April 13, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**