Case 4:12-cr-00792-YGR   Document 1094   Filed 04/19/16   Page 1 of 1

United States District Court<br>Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  **UNITED STATES OF AMERICA**,

   Plaintiff,

8  v.

9  **HENRY CERVANTES, ET AL.**,

10  Defendants.

Case No. 12-cr-00792-YGR

**ORDER EXCUSING POTENTIAL JURORS BASED ON HARDSHIP**

12 The Court has reviewed and considered the written and oral submissions of potential jurors

13 requesting to be excused for hardship taken under penalty of perjury. The Court has also

14 considered the parties' views regarding the same. Based thereon, and for good cause showing, the

15 Court hereby **EXCUSES** the following potential jurors on grounds of hardship: 525; 528; 603; 606;

16 1083; 1640; 1897; 1958; 1968; 1980; and 2088.

17 **IT IS SO ORDERED.**

18 Dated: April 19, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**