UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>  Plaintiff,<br><br>v.<br><br>**HENRY CERVANTES, ET AL.**,<br><br>  Defendants. | Case No. 12-cr-00792-YGR<br><br>**PROTECTIVE ORDER RE: SUBPOENAED PERSONNEL OR COMPLAINT RECORDS RECEIVED FROM LAW ENFORCEMENT AGENCY UNDER FED. R. CRIM. P. 17(C) & N.D. CAL. CRIM. L. R. 17-2(e)**<br><br>Re: Dkt. No. 1069 |

Law enforcement personnel and/or complaint records (hereafter, "records") were subpoenaed from state or local agencies and returned to:

☒   the Court                               ☐   the requesting party

and are hereby made available to both parties to be picked up in the Clerk's office.

Use of the records in this case shall be governed by General Order No. 69: *Process for Subpoenaing and Using Personnel and Complaint Records of State Law Enforcement Officers Testifying in Federal Court.*  The parties may not use the records in any court proceeding or otherwise disclose any portion of the records in their contents without a court order.  At the conclusion of the case, including the final disposition of an appeal of any conviction, the parties shall return the records to the Court.

Shasta County's objection and motion to quash the subpoena (Dkt. No. 1069) is **DENIED**.

This Order terminates Docket Number 1069.

**IT IS SO ORDERED.**

Dated: April 20, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**