UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>v.<br>**HENRY CERVANTES, *et al.*,**<br>**Defendants.** | Case No. 12-cr-00792-YGR<br><br>**ORDER RE: DEFENDANTS' ACCESS TO SHOWERS AND APPROPRIATE MEDICAL ATTENTION AT GLENN DYER DETENTION FACILITY**<br><br>Re: Dkt. No. 1135 |

On April 29, 2016, the Court ordered the U.S. Marshals and Alameda County Sheriff's Department to ensure that defendants Henry Cervantes, PFN UII018, Alberto Larez, PFN UJW521, Jaime Cervantes, PFN ULW816, and Andrew F. Cervantes, PFN UJQ729, have access to shower facilities and appropriate medical attention such that they are afforded a minimum of six hours of sleep during the pendency of their trial. The Court understands that a routine compliant with the Court's order has been implemented for defendants. In light of the routine put in place, and assurances that it will be continued throughout the pendency of the trial, the Court finds that its affirmative order is no longer necessary and its prospective effect is hereby withdrawn. Should circumstances change, the parties shall advise the Court.

**IT IS SO ORDERED**.

Dated: May 12, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**