**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>　　　Plaintiff,<br>　　v.<br>**HENRY CERVANTES**, *et al.*,<br>　　　Defendants. | Case No.: 12-CR-0792 YGR<br><br>**TRIAL ORDER NO. 4 RE: RANGEL PLEA AGREEMENT** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This order concerns the extent of redactions on the plea agreement in *United States v. Fernando Rangel*, Case No.12-cr-00475 CW, which will be offered into evidence on Monday, June 6, 2016 (Ex. 335-2). The Court has considered (i) the prior arguments made on this topic which gave rise to the Court's initial ruling on the topic of admissibility and redactions, (ii) the subsequent request for reconsideration of the Court's prior ruling in light of the scope of cross examination by counsel for defendant Jaime Cervantes, (iii) the arguments made in connection therewith, and (iv) a review of the transcript of that cross-examination on this issue which extended almost six pages in length. Given the length, scope, and nature of the cross-examination, Good Cause exists to modify the Court's prior order so that the government may redirect on the topic of the factual basis underpinning the witness's plea agreement. That said, certain portions should remain redacted.

Accordingly, the Court finds that the only portion which should remain redacted in paragraph 3 starts at the beginning with "At all times..." (3:6) through "Villanueva recruited me, and" (3:15.5). The exhibit may be admitted with the remainder unredacted, namely that portion beginning with the phrase: "I agreed with others to conduct...."

The jury will be instructed regarding the proper use of the exhibit.

**IT IS SO ORDERED**.

Date: June 3, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**