**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    Plaintiff,<br><br>    v.<br><br>**HENRY CERVANTES**, *et al.*,<br><br>    Defendants. | Case No.: 12-CR-0792 YGR<br><br>**ORDER LIFTING CIVIL CONTEMPT**<br><br>**RE: DKT. NOS. 1232, 1253** |

On June 2, 2016, the Court issued an order in civil contempt remanding Donna Marr to the custody of U.S. Marshals given her refusal to testify in this case. (Dkt. No. 1232.) On June 6, 2016, the Court similarly issued an order in civil contempt remanding Larry Little to the custody of the U.S. Marshals given his refusal to testify in this case. (Dkt. No. 1253.) As of the date of this Order, neither Marr nor Little has purged themselves of their contempt.

The parties have now rested their presentation of all evidence in this action. Accordingly, the Court **LIFTS** its prior orders of contempt as to both Marr and Little.

The Court **ORDERS** that Larry Little be released from the custody of the U.S. Marshals.

The Court **SETS** an appearance for Donna Marr on **Thursday, July 7, 2016** at **9:30 a.m.** in front of Magistrate Judge Ryu to address pending charges against her.

**IT IS SO ORDERED**.

Date: July 5, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**