# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No.: 12-CR-0792 YGR** |
| **Plaintiff,** | **POST-TRIAL ORDER NO. 1 SEALING JURY VERDICT FORM** |
| **v.** | |
| **HENRY CERVANTES,** *et al.***,** | |
| **Defendants.** | |

In its Pretrial Order No. 12, the Court granted the government's motion to empanel an anonymous jury. (Docket No. 988.) Although "empaneling an anonymous jury is an unusual measure that is warranted only where there is a strong reason to believe the jury needs protection or to safeguard the integrity of the justice system, so that the jury can perform its factfinding function," *United States v. Shryock*, 342 F.3d 948, 971 (9th Cir. 2003), the Court found that the totality of the circumstances in this case warranted empaneling a jury anonymous to defendants. (*See id.*)

On August 9, 2016, the jury returned their verdict. (Docket No. 1433.) The foreperson, referred to only as Juror Number 675, signed the verdict form with her full legal name. Pursuant to this Court's prior order empaneling an anonymous jury, the public version of the verdict form shall redact the signature of the foreperson. The Court **ORDERS** that the unredacted original verdict form containing the foreperson's signature be filed under seal.

**IT IS SO ORDERED**.

Dated: August 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**