# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>v.<br>HENRY CERVANTES, *et al.*,<br>    Defendants. | Case No.: 12-CR-0792 YGR<br><br>POST-TRIAL ORDER NO. 2 SETTING SENTENCING SCHEDULE |

The Court hereby **ORDERS** the following schedule and deadlines with respect to sentencing defendants H. Cervantes, A. Larez, J. Cervantes, and A. Cervantes as it relates to the Court's reference of each defendant to U.S. Probation, preparation of the Presentence Investigation Reports ("PSRs"), and sentencing:

| | |
|---|---|
| Probation to deliver draft PSRs | November 7, 2016 |
| Parties to file objections to draft PSRs | November 21, 2016 |
| Probation to produce final PSR | November 29, 2016 |
| Parties to file sentencing memoranda | December 6, 2016 |
| Sentencing | December 21, 2016 at 9:00 a.m. |

**IT IS SO ORDERED**.

Dated: August 23, 2016

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE